IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-00396-JLK**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**1. RAUL MENDOZA,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  It is ORDERED that all pretrial motions shall be filed by **October 25, 2007;** responses to these motions shall be filed by **November 1, 2007**.  It is

  FURTHER ORDERED that a one-hour hearing on pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **November 19, 2007 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

  FURTHER ORDERED that a 2-day jury trial is set for **December 10, 2007 at 9:00 a.m. in** Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. **.**

Dated:  October 10, 2007